371 A.2d 504
Commonwealth v. Bullard, Appellant.

Argued September 13, 1976. Howard B. Zavodnick, for appellant; Deborah E. Glass and Steven H. Goldblatt, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, submitted a brief for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to the lower court to allow appellant to file a petition to withdraw his guilty plea nunc pro tunc. See Commonwealth v. Roberts, 237 Pa.Superior Ct. 336, 352 A.2d 140 (1975) and Commonwealth v. Velasquez, 238 Pa.Superior Ct. 368, 357 A.2d 155 (1976).